# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0372
_____

NIXON ARNEUS,

   Appellant,

   v.

WINDSTREAM CAPITAL LLC,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
William E. Davis, Judge.

May 19, 2026

PER CURIAM.

   AFFIRMED.

LEWIS, WINOKUR, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nixon Arneus, pro se, Appellant.

Vivian A. Jaime of Ritter, Zaretsky, Lieber & Jaime, LLP, Miami, for Appellee.